UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    Chapter 11 Case

VITAL PHARMACEUTICALS INTERNATIONAL            Case No. 22-_____
SALES, INC.,

      Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

      In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Vital Pharmaceuticals International Sales, Inc., a Delaware corporation (the "Company") does hereby certify that there are no corporations that directly or indirectly own 10% or more of any class of the Company's equity interests.

      I, the Chief Transformation Officer of Vital Pharmaceuticals International Sales, Inc., the Company named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

| | |
|---|---|
| October 10, 2022 | VITAL PHARMACEUTICALS INTERNATIONAL SALES, INC.<br>1600 N. Park Drive<br>Weston, FL 33326<br><br>By: /s/ *John C. Donato*<br>      John C. DiDonato<br>      Chief Transformation Officer |

11583756-1