CGFI2 (06/27/22)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 22–17850–PDR

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*
Vital Pharmaceuticals International Sales, Inc.
1600 N. Park Dr.
Weston, FL 33326
EIN: 81–0918019

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **October 10, 2022**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Service Matrix.** The petition must be accompanied by a service matrix as required pursuant to Local Rule 1007–2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices". Matrix was deficient as indicated:
**Not filed**
**Deadline to correct deficiency: 10/17/22**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 10/24/22**

- Official Bankruptcy Form 206Sum, Summary of Your Assets and Liabilities – Non–Individual
- Official Bankruptcy Form 206A/B, Schedule A/B: Property – Non–Individual
- Official Bankruptcy Form 206D, Schedule D: Creditors who Hold Claims Secured By Property – Non–Individual
- Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims – Non–Individual
- Official Bankruptcy Form 206G, Schedule G: Executory Contracts and Unexpired Leases – Non–Individual
- Official Bankruptcy Form 206H, Schedule H: Your Codebtors – Non–Individual

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 202, Declaration Under Penalty of Perjury for Non–Individual Debtors) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
**Deadline to correct deficiency: 10/24/22**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form 207 Statement of Your Financial Affairs) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 10/24/22**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Names and addresses of equity security holders of the debtor** not filed. See Bankruptcy Rule 1007(a)(3).
**Deadline to correct deficiency: 10/24/22**

**Please also be advised of the following local requirement(s):**

**Correcting any deficiency related to filing of petitions, schedules, statements or lists.** The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Required Chapter 11 Case Management Summary.** Chapter 11 debtors (other than individuals not engaged in business) must file Local Form "Chapter 11 Case Management Summary" on the earlier of three business days after the petition date, or one business day before the first scheduled hearing on any motion. [See Local Rule 2081–1(B)].

**Dated:**10/10/22

**CLERK OF COURT**
By: Lorenzo Rodriguez , Deputy Clerk

*Copies to:*   Debtor
                   Attorney for Debtor